AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DUFFY, KEVIN T | USDC, SDNY | 5/11/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, Senior | ◉ Nomination Date ◉ Initial ● Annual ● Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT 40 FOLEY SQUARE - ROOM 2104 NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Fordham Law Alumni Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

RECEIVED
Mar 16 2 15 PM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | West Group (formerly McGraw-Hill Inc.) -- Royalty Payments | 5197.00 |
| 2. | 2/6/2004 | Real Estate License -- U.S. Marshals Service | 21,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | N.A.S.D. -- N.Y.S.E. Arbitrator |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law & Economics Educational Seminar from 06/14/04 to 06/20/04 | $2483.59 (Total) Seminar on Science in the Courts in Santa Fe, New Mexico: $376.40 (air fare); $1392 (lodging); $715.19 (food). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUFFY, KEVIN T | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  CHASE BANK | A | Int | K | T | | | | | |
| 2.  BP | A | Div | K | T | | | | | |
| 3.  FLEET BANK | A | Interest | J | T | closed | 2/09 | J | | |
| 4.  CMA MONEY FUND (name change to: ML BANK) | A | Dividend | J | T | | | | | |
| 5.  UTS NISOURCE | A | Dividend | J | T | | | | | |
| 6.  ERICSON LM TEL | A | Dividend | J | T | | | | | |
| 7.  CMA MONEY FUND (name change to: ML BANK) | A | Dividend | K | T | | | | | |
| 8.  HEWLITT PACKARD | A | Dividend | J | T | | | | | |
| 9.  INTEL CORP. | A | Dividend | L | T | | | | | |
| 10.  PFIZER INC. | A | Dividend | L | T | | | | | |
| 11.  HALLIBURTON COMPANY | A | Dividend | K | T | | | | | |
| 12.  ML BASIC VALUE | D | Distribution | L | T | | | | | |
| 13.  COCA-COLA | A | Dividend | K | T | | | | | |
| 14.  AT&T | A | Dividend | K | T | | | | | |
| 15.  HONEYWELL INT. | A | Dividend | L | T | | | | | |
| 16.  BRISTOL MYERS | B | Dividend | K | T | | | | | |
| 17.  GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 18.  J P MORGAN | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $600,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUFFY, KEVIN T | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. TXU CORP. | A | Dividend | L | T | | | | | |
| 20. ZIMMER HOLDINGS | | None | J | T | | | | | |
| 21. ML BALANCED CAPITAL FUND | A | Dividend | K | T | | | | | |
| 22. AT&T WIRELESS | | None | J | T | exchanged | 10/27 | J | | |
| 23. AT&T WIRELESS | | | | | sell | 10/27 | | | |
| 24. YAHOO | | | K | T | | | | | |
| 25. Travelers (name changed to St. Paul Travelers) | A | | J | T | Stock Div. | 4/5 | J | | |
| 26. St. Paul Travelers | | | | | partial | 4/21 | J | | |
| 27. Citi Group Inc. (spin-off of Travelers) | A | Dividend | J | T | spin off | | | | |
| 28. Merck & Co. Inc. | A | Dividend | J | T | buy | 9/30 | J | | |
| 29. Merck & Co. Inc. | A | Dividend | J | T | buy | 11/4 | | | |
| 30. ML & Co. STRIDES (Jet Blue) | A | None | J | T | buy | 5/17 | J | | |
| 31. VERIZON | E | Dividend | K | T | buy | 6/24 | K | | |
| 32. BATTERY PARK CITY | E | Bond | K | T | buy | 10/26 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

DUFFY, KEVIN T

Date of Report

5/11/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DUFFY, KEVIN T | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████  Date    5/11/2005

NOTE: A████████████████████████████FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544